IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                    No. CIV S-03-2443 GEB DAD P

    vs.

B. WHEELER,

    Defendant.                 ORDER

_____/

        In accordance with the scheduling order filed in this action on July 26, 2004, plaintiff has filed and served a pretrial statement. However, plaintiff's pretrial statement addresses only the first five matters described in Local Rule 16-281(b). While the special factual information described in Local Rule 16-281(b)(6) does not appear to be applicable to this case, plaintiff appears to have overlooked the matters described in Local Rule 16-281(b)(7) through (22). The court cannot prepare a final pretrial order without plaintiff's responses to these matters. Plaintiff will be required to file a supplemental pretrial statement, and the dates set for defendant's pretrial statement and pretrial conference will be adjusted accordingly.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file and serve a supplemental pretrial statement on or before June 24, 2005, addressing the matters described in Local Rule 16-281(b)(7) through (22);

1

1       2. Defendant shall file and serve his pretrial statement on or before July 8, 2005;
2  and
3       3  Pretrial conference before the undersigned is continued from June 24, 2005, to
4  July 15, 2005.
5  DATED: June 8, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cran2443.spts