IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                       No. CIV S-03-2443 GEB DAD P

    vs.

B. WHEELER,

    Defendant.                    <u>ORDER</u>

_____/

        This matter is now before the court for preparation of a final pretrial order.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  A trial confirmation hearing is set before the Honorable Garland E. Burrell Jr. on September 23, 2005, at 1:30 p.m. in Courtroom 10; and

        2.  Jury trial before the Honorable Garland E. Burrell Jr. is continued from September 13, 2005, to November 15, 2005, at 9:00 a.m. in Courtroom 10.

DATED: July 19, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cran2443.tchjt