# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

        Plaintiff,                No. CIV S-03-2443 GEB DAD P

   vs.

B. WHEELER,

        Defendant.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Richard Joseph Crane, inmate #C-44519, a necessary and material witness in proceedings in this case on September 23, 2005, is confined in Salinas Valley State Prison, PO Box 1020, 31625 Highway 101, Soledad, CA 93960-1020, in the custody of the Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, to appear by video-conferencing at Salinas Valley State Prison, on September 23, 2005, at 1:30 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on Warden Mike Evans and the IT Department of the court.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden Mike Evans: Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, CA 93960-1020

       WE COMMAND you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 19, 2005.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD/bb
cran2443.841v