IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

      Plaintiff,                       No. CIV S-03-2443 GEB DAD P

      vs.

B. WHEELER,

      Defendant.                <u>ORDER</u>

        A pretrial order was filed in this case on August 23, 2005.  Plaintiff's timely objections are before the court.

        Plaintiff reiterates his request to strike defendant's pretrial statement as improper. Plaintiff cites no authority for his contention that the court should strike the pretrial statement merely because plaintiff disagrees with it.  Nor has plaintiff demonstrated that defendant's pretrial statement is improper.  The court will not strike defendant's pretrial statement.

        Plaintiff states that the court denied his request to call inmate witness Maurice Turner at trial due to the potentially duplicative nature of the inmate's testimony.  As the pretrial order indicates, plaintiff also failed to provide an address for Maurice Turner and failed to show that the witness is willing to testify at trial.  The court will, however, grant plaintiff's request to add the declaration of Maurice Turner to the list of exhibits plaintiff wishes to offer at trial.

Plaintiff's remaining objections concern evidentiary matters that are not properly before the court in objections to the proposed pretrial order. All evidentiary objections and concerns regarding the admissibility of documents and witness testimony must be presented in timely motions in limine or timely objections made during trial.

Upon consideration of plaintiff's objections to the pretrial order filed August 23, 2005, IT IS HEREBY ORDERED that:

1. Plaintiff's objections are overruled;

2. Plaintiff's request to add the Declaration of Maurice Turner to the list of exhibits he wishes to offer at trial is granted; and

3. A final pretrial order adding one exhibit to plaintiff's list of proposed exhibits is filed concurrently with this order; no further may be filed.

DATED: September 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cran2443.objspto

2