IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>        Plaintiff,<br><br>    v.<br><br>B. WHEELER,<br><br>        Defendant. | 2:03-cv-02443-GEB-DAD-P<br><br>ORDER DENYING MOTION FOR<br>PRELIMINARY INJUNCTION |

On September 19, 2005, Plaintiff filed a motion for a preliminary injunction against Defendant B. Wheeler, contending that the motion is based on attachments to the motion and also "on the pleadings and documents on file in . . . Case No. Civ. S-02-2203 MCE KJM P."  I decline Plaintiff's invitation to search all the docket filings in an action pending before another district judge in Civ. S-02-2203 to see if any filing in that action is relevant to Plaintiff's motion.  That portion of the motion is stricken since a judge is not required to search all the filings in a case to ascertain if a litigant is entitled to relief.

The motion is denied because it fails to comply with Local Rule 65-231.  Specifically, it fails to satisfy the notice provision referenced in that Rule, it is not supported by an affidavit showing

Plaintiff will suffer irreparable injury if the injunction is not granted, and it is not accompanied by a proposed order.  Local Rule 65-231.

Further, Plaintiff's motion does not show that Defendant has any responsibility for the library access Plaintiff appears to seek. Plaintiff's motion appears to be directed at California Department of Corrections officials who are not parties to this action.[1]  As prescribed in Federal Rule of Civil Procedure 65(a)(1), "No preliminary injunction shall be issued without notice to the adverse party."

For the stated reasons, Plaintiff's motion for a preliminary injunction is denied.

IT IS SO ORDERED.

Dated:  September 23, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff was previously cautioned that "the court rarely issues orders directed at persons who are not parties to the action before it."  (July 12, 2004, Order at 1.)

2