UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

        Plaintiff,                    No. CIV S-03-2443 GEB DAD P

vs.

B. WHEELER,

        Defendant.                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Wyatt Weatherbie, inmate #K-47725, a necessary and material witness in proceedings in this case on November 15, 2005, is confined in Salinas Valley State Prison, PO Box 1020, 31625 Highway 101, Soledad, California 93960-1020, in the custody of the Acting Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, to appear by video-conferencing at Salinas Valley State Prison, on November 15, 2005, at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Acting Warden Mike Evans and the IT Department of the court.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Acting Warden Mike Evans:  Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California 93960-1020**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 30, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cran2443.841w2v