UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

        Plaintiff,                  2:03-cv-2443-GEB-DAD-P

vs.

B. WHEELER,

        Defendant.           **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        Gary Jacobs, inmate # D-68846, a necessary and material witness in proceedings in this case on November 29, 2005, is confined in Salinas Valley State Prison, PO Box 1020, 31625 Highway 101, Soledad, California 93960-1020, in the custody of the Acting Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, to appear by video-conferencing at Salinas Valley State Prison, on November 29, 2005 at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the I.T. Department of the court.

        4.      The writs previously issued for November 15, 2005, are vacated.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Acting Warden Mike Evans: Salinas Valley State Prison, PO Box 1020, 31625 Highway 101, Soledad, California 93960-1020**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:   November 9, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge
