IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>        Plaintiff,<br><br>    v.<br><br>B. WHEELER,<br><br>        Defendant. | 2:03-cv-02443-GEB-DAD-P<br><br>ORDER |

       Plaintiff's "Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a)(b)" filed on December 13, 2005, and "Motion for Preliminary Injunction" filed on December 14, 2005, are denied.

       IT IS SO ORDERED.

DATED: December 19, 2005

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge