IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                       2:03-cv-2443-GEB-DAD-P

    vs.

B. WHEELER,

    Defendant.                   <u>ORDER</u>

_____/

        Plaintiff is a state prisoner who has proceeded pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983. Following trial on November 29 and November 30, 2005, the jury returned a verdict in favor of defendants. On December 5, 2005, judgment was entered accordingly. Plaintiff's timely appeal was processed by the Clerk of the Court on December 20, 2005. In two letters addressed to the Clerk of the Court, plaintiff has requested transcript designation forms. Plaintiff has also filed a motion requesting an order for reporter's transcripts on appeal.

        Plaintiff's requests do not include copies of orders issued by the Ninth Circuit Court of Appeals. A review of the docket for appellate case No. 05-17410 reveals that plaintiff's fee status on appeal is in forma pauperis. The Court of Appeals issued an order on December 23, 2005, requiring plaintiff to order transcripts by January 12, 2006, and requiring the court reporter

1

to file the transcripts in the district court by February 13, 2006.  In an order filed January 27, 2006, granting plaintiff's motion for extension of time, the Court of Appeals has ordered the court reporter to file the transcripts on or before March 13, 2006.  Preparation of transcripts at government expense is authorized when the appellant is proceeding in forma pauperis and the appellate court requires a printed record.  See 28 U.S.C. § 1915(c).

Accordingly, IT IS ORDERED that:

1. Plaintiff's February 2, 2006 motion for reporter's transcripts at government expense is granted;

2. The Clerk of the Court shall send plaintiff a transcript designation/ordering form with this order;

3. Plaintiff shall complete and return the transcript designation/ordering form as soon as possible;

4. The Clerk of the Court shall transmit a copy of this order to the court reporter; and

5. The Clerk of the Court shall serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

Dated:  March 1, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge